| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | IVF Orlando, Inc. |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1403378 |
| 4. | **Debtor's address** | **Principal place of business** **1912 Boothe Cir. Ste. 200 Longwood, FL 32750** Number, Street, City, State & ZIP Code  **Seminole** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **IVF Orlando, Inc.**                                                                 Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor   **IVF Orlando, Inc.**   Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **IVF Orlando, Inc.**   Case number (*if known*)
       Name

☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  IVF Orlando, Inc. _____   Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/01/2024
             MM / DD / YYYY

X _____     Dr. Milton McNichol
Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

X  /s/ Daniel A. Velasquez _____     Date  10/08/2024
Signature of attorney for debtor                                MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**     Email address  **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **IVF Orlando, Inc.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express**<br>PO Box 981535<br>El Paso, TX 79990 | | **Business Credit Card** | | | | **$17,156.00** |
| **Bankers Healthcare Group, LLC**<br>10234 W State Road 84<br>Fort Lauderdale, FL 33324 | | | | | | **$513,275.95** |
| **Bankers Healthcare Group, LLC**<br>10234 W State Road 84<br>Fort Lauderdale, FL 33324 | | | | | | **$12,954.50** |
| **Cook Medical**<br>22988 Network Place<br>Chicago, IL 60673 | | **Vendor** | | | | **$12,427.75** |
| **EverBank Financing**<br>PO Box 41046<br>Jacksonville, FL 32203 | | **Vendor** | | | | **$16,026.91** |
| **EverBank Financing**<br>PO Box 41046<br>Jacksonville, FL 32203 | | **Vendor** | | | | **$18,535.52** |
| **Fox Funding Group LLC**<br>803 S 21st Ave.<br>Hollywood, FL 33020 | | **Commercial Finance Agreement** | | | | **$65,000.00** |
| **Kalamata Capital Group LLC**<br>7200 Wisconsin Ave.<br>Suite 500<br>Bethesda, MD 20814 | | **Business Loan** | | | | **$173,106.00** |

Debtor **IVF Orlando, Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Labcorp** c/o Credit Collection Services 725 Canton St Norwood, MA 02062 | | | | | | $6,860.17 |
| **McKesson** 9954 Mayland Drive Suite 4000 Henrico, VA 23233 | | Vendor | | | | $7,273.42 |
| **National Business Capital** 80 Arkay Drive Suite 215 Hauppauge, NY 11788 | | Business Loan | | | | $65,000.00 |
| **Navitas Credit Corp.** 201 Executive Drive Suite 100 Columbia, SC 29210 | | | | | | $16,559.07 |
| **Origio** 95 Corporate Drive Trumbull, CT 06611 | | Vendor | | | | $11,104.40 |
| **Overton Funding LLC** 2802 North 29th Ave. Hollywood, FL 33020 | | Business Loan | | | | $120,000.00 |
| **Progenesis** 4150 Regents Park Row Suite 245 La Jolla, CA 92037 | | Vendor | | | | $17,500.00 |
| **Regions Bank** PO Box 11407 Birmingham, AL 35246-0100 | | Business Line of Credit | | | | $74,643.46 |
| **Roche** 9115 Hague Road Indianapolis, IN 46250 | | Vendor | | | | $17,705.89 |
| **Samsung Financial Solutions** c/o Everbank N.A. PO Box 41046 Jacksonville, FL 32203 | | | | | | $9,036.07 |
| **Shuffield Lowman** 1000 Legion Pl. #1700 Orlando, FL 32801 | | Legal Fees | | | | $5,770.00 |

Debtor **IVF Orlando, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zafeiri Corporation 2844 Sail Breeze Way Kissimmee, FL 34744** | | **Terminated Consulting Agreement** | | | | **$7,500.00** |

# United States Bankruptcy Court
## Middle District of Florida

In re: **IVF Orlando, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dr. Milton McNichol<br>1912 Booth Cir.<br>Ste. 200<br>Longwood, FL 32750 | | 100% | President |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 10/01/2024

Signature: _[signed]_
Dr. Milton McNichol

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Middle District of Florida

In re  **IVF Orlando, Inc.**  
Debtor(s)

Case No. _____  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  10/01/2024

_____  
Dr. Milton McNichol/President  
Signer/Title

IVF Orlando, Inc.
1912 Boothe Cir.
Ste. 200
Longwood, FL 32750

Bankers Healthcare Group, LLC
10234 W State Road 84
Fort Lauderdale, FL 33324

EverBank Financing
PO Box 41046
Jacksonville, FL 32203

Daniel A. Velasquez
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Bankers Healthcare Group, LLC
10234 W State Road 84
Fort Lauderdale, FL 33324

EverBank Financing
PO Box 41046
Jacksonville, FL 32203

ACP Billing
618 E. South Street
Suite 500
Orlando, FL 32801

Biowaste Management
PO Box 270027
Tampa, FL 33688

EverBank Financing
PO Box 41046
Jacksonville, FL 32203

Advanced Techniques & Technology
285 W Pine Ave.
Longwood, FL 32750

Book Pro, Inc.
PO Box 915295
Longwood, FL 32791

Florida Blue
PO Box 121213
Dallas, TX 75312

Amber Diagnostics
2180 Premier Row
Orlando, FL 32809

Cigna Insurance
PO Box 589
La Grange, KY 40031

Florida Blue
PO Box 121213
Dallas, TX 75312

American Express
PO Box 981535
El Paso, TX 79990

Citi
PO Box 6004
Sioux Falls, SD 57117-6004

Ford & Harrison, LLP
300 S. Orange Ave.
#1300
Orlando, FL 32801

American Express
PO Box 981535
El Paso, TX 79990

Cook Medical
22988 Network Place
Chicago, IL 60673

Fox Funding Group
801 S 21st Ave.
Hollywood, FL 33020

Assn Company
PO Box 2576
Springfield, IL 62708

Department of Health
PO Box 6320
Tallahassee, FL 32314

Fox Funding Group LLC
803 S 21st Ave.
Hollywood, FL 33020

AWG
2450 Shader Road
Orlando, FL 32804

Dr. Milton McNichol
1912 Booth Cir.
Ste. 200
Longwood, FL 32750

Future Health Concepts
1211 E 30th St.
Sanford, FL 32773

Grennan Fender/ H&Co.
1000 Legion Place
Suite 701
Orlando, FL 32801

Liv Anesthesia, LLC
504 Ridgeway Blvd.
Deland, FL 32724

Oscar Insurance
PO Box 52146
Phoenix, AZ 85072

Hamilton Thorne
100 Cummings Center
Suite 465 E
Beverly, MA 01915

McKesson
9954 Mayland Drive
Suite 4000
Henrico, VA 23233

Overton Funding LLC
2802 North 29th Ave.
Hollywood, FL 33020

Henry Schein
135 Duryea Rd.
Melville, NY 11747

Medical Electronic Systems, LLC
6345 Balboa Blvd.
Unit 185
Encino, CA 91316

PracticeHwy.com
1212 Corporate Drive
Suite 230
Irving, TX 75038

Hiltop Assoc.
1912 Booth Circle
Suite 300
Longwood, FL 32750

Medline Instrustries, Inc.
Dept. CH 14400
Palatine, IL 60055-4400

Princeton Cryo
6191 Kellers Church Rd.
Pipersville, PA 18947

Hologic
250 Campus Drive
Marlborough, MA 01752

Mercedes Scientific
12210 Rangeland Pkwy
Bradenton, FL 34211

Progenesis
4150 Regents Park Row
Suite 245
La Jolla, CA 92037

Igenomix
5201 Waterford District Dr.
Suite 100
Miami, FL 33126

Myriad Genetics
320 Wakara Way
Salt Lake City, UT 84108

Regions Bank
PO Box 11407
Birmingham, AL 35246-0100

In Vitro Care Inc.
8415 Progress Drive
Suite F
Frederick, MD 21701

National Business Capital
80 Arkay Drive
Suite 215
Hauppauge, NY 11788

Retirement Plan Specialists, Inc
815 Eyrie Dr.
Ste. 2
Oviedo, FL 32765

Kalamata Capital Group LLC
7200 Wisconsin Ave.
Suite 500
Bethesda, MD 20814

Navitas Credit Corp.
201 Executive Drive
Suite 100
Columbia, SC 29210

Roche
9115 Hague Road
Indianapolis, IN 46250

Labcorp
c/o Credit Collection Services
725 Canton St
Norwood, MA 02062

Origio
95 Corporate Drive
Trumbull, CT 06611

Samsung Financial Solutions
c/o Everbank N.A.
PO Box 41046
Jacksonville, FL 32203

IVF Orlando, Inc. - - Pg. 3 of 3

Seminole Cty Tax Collector
Attn: Jeff Greenberg
PO Box 630
Sanford, FL 32772-0630


Shuffield Lowman
1000 Legion Pl.
#1700
Orlando, FL 32801


South Milhausen
1000 Legion Place
Suite 1200
Orlando, FL 32801


Susquehanna Commercial Finance
2 Country View Road
Suite 300
Malvern, PA 19355


TIAA Commercial Finance Inc.
10 Waterview Blvd.
Parsippany, NJ 07054


Vitrolife
3601 S. Inca Street
Englewood, CO 80110


Xerox
PO Box 660501
Dallas, TX 75266


Zafeiri Corporation
2844 Sail Breeze Way
Kissimmee, FL 34744

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **IVF Orlando, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **36,738.00** |
   | Prior to the filing of this statement I have received | $ **36,738.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 8, 2024**  
*Date*

**/s/ Daniel A. Velasquez**  
**Daniel A. Velasquez 0098158**  
*Signature of Attorney*  
**Latham Luna Eden & Beaudine LLP**  
**201 S. Orange Avenue**  
**Suite 1400**  
**Orlando, FL 32801**  
**(407) 481-5800  Fax: (407) 481-5801**  
**dvelasquez@lathamluna.com**  
*Name of law firm*