UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 6:24-bk-05475-TPG
                                                                    Chapter 11

IVF Orlando, LLC,

      Debtor.

_____/

**MEDIATOR'S REPORT AND NOTICE OF COMPLETION OF MEDIATION**

COMES NOW, Ryan E. Davis, the Mediator selected by the Parties in this case, reports as follows:

1.      The Parties participated in a mediation session that commenced on March 31, 2025 at the offices of Latham, Luna, Eden & Beaudine, LLP.

2.      Present at the mediation session were Debtor, IVF Orlando, Inc., and its counsel, Daniel A. Velasquez, Esq., and a Representative of DM Realty Holdings, LLC, and its counsel, Lawrence Kosto, Esq.

3.      The Parties were able to reach a settlement which has been signed by the Parties on March 31, 2025. The mediation is now concluded.

Dated April 1, 2025.                        Respectfully submitted,

                                        */s/ Ryan E. Davis*_____
                                        RYAN E. DAVIS
                                        Florida Bar No. 0179851
                                        **WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
                                        329 Park Avenue North, 2nd Floor
                                        Winter Park, FL 32789
                                        Telephone: (407) 423-4246
                                        Facsimile: (407) 645-3728
                                        Email: rdavis@whww.com
                                        *Florida Supreme Court Certified Mediator*
                                        *Certification No. 40846-R*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2025, a copy of the foregoing has been sent via CM/ECF to:

Daniel A. Velasquez, Esq. Latham, Luna, Eden & Beaudine, LLP 201 S. Orange Ave., Suite 1400 Orlando, Florida 32801 (Email: dvelasquez@lathamluna.com);

Lawrence Kosto, Esq., Kosto & Rotella, P.A., 1517 E Robinson St., Orlando, FL 32801 (Email: lkosto@kostoandrotella.com);

All other parties receiving electronic notice via the CM/ECF system.

*/s/ Ryan E. Davis*
Ryan E. Davis