**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

IN RE:

                                         CASE NO. 6:24-bk-05475-TPG

IVF ORLANDO, INC.,                      CHAPTER 11

      Debtor.

_____/

### FOX CAPITAL GROUP, INC.'S AND OVERTON FUNDING LLC'S AMENDED MOTION FOR LEAVE TO APPEAR REMOTELY AT THE HEARING SCHEDULED ON APRIL 3, 2025

Defendants Fox Capital Group, Inc. ("Fox") and Overton Funding LLC ("Overton"), by and through its undersigned counsel, moves for entry of an Order permitting its lead counsel Shanna Kaminski to appear remotely at the status conference hearing scheduled to take place on April 3, 2025, at 2:30 p.m. (the "Hearing"), and states as follows:

1.      A status conference hearing is scheduled in this matter on April 3, 2025 at 2:30 p.m. (ECF No. 89).

2.      Fox and Overton filed objections to confirmation on February 12, 2025 (ECF Nos.73 & 74).

3.      On April 1, 2025, Fox and Overton filed a Motion for leave to allow its lead counsel, Shanna Kaminski, appear remotely at the Hearing. (ECF No. 101).

4.      This Court denied the Motion for lack of good cause on April 2, 2025. (ECF No. 103).

5.      Fox and Overton respectfully renew their request that its lead counsel, Shanna Kaminski, be allowed to appear remotely at the Hearing.

6.      Fox and Overton submit that "good cause" exists for the following reasons:

a.  Lead Counsel Shanna Kaminski is presently out of the country on a family vacation this week, including during the Hearing.

b.  Lead Counsel Shanna Kaminski has another hearing today April 3, 2025, that is also remote and cannot attend both hearings if she were to be required to be in person for this Hearing.

c.  Local Counsel Lauren Raines is unavailable to attend the Hearing because she has previously scheduled travel arrangements this afternoon to New York.

d.  The Hearing is a Status Conference and no presentation of evidence will be required.

WHEREFORE, based on the foregoing, Fox and Overton respectfully request that the Court grant this motion and enter an Order permitting Shanna Kaminski to appear remotely by Zoom at the Hearing scheduled for April 3, 2025 at 2:30 p.m., and grant such other relief as this Court may deem just and appropriate.

DATED:  April 3, 2025.

/s/ Shanna M. Kaminski
Shanna M. Kaminski, Esq.
KAMINSKI LAW, PLLC
*Admitted Pro Hac Vice*
P.O. Box 247
Grass Lake, MI 49240
(248) 462-7111
skaminski@kaminskilawpllc.com
*Lead Counsel for Fox Capital Group, Inc. and Overton Funding LLC*

/s/ Lauren G. Raines
Lauren G. Raines, Esq.
Fla. Bar No. 11896
BRADLEY ARANT BOULT CUMMINGS LLP
1001 Water Street, Suite 1000
Tampa, FL 33602
P: (813) 559-5500 | F: (813) 229-5946
Primary email: lraines@bradley.com
Secondary email: jbrandt@bradley.com

*Local Counsel for Fox Capital Group, Inc.*
*and Overton Funding LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3, 2025, I electronically filed the foregoing with the

Clerk of the Court, which caused a copy to be served on those registered for CM/ECF service.

/s/ *Lauren G. Raines*
Lauren G. Raines, Esq.