

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/13/2025 10:30 AM

COURTROOM   6A, 6th Floor

## HONORABLE TIFFANY GEYER

CASE NUMBER:                                              FILING DATE:

**6:24-bk-05475-TPG          11                    10/08/2024**

**Chapter 11**

**DEBTOR:**          IVF Orlando, Inc.

**DEBTOR ATTY:**   **Daniel Velasquez**

**TRUSTEE:**          **L. Budgen**

## HEARING:

1) Continued Post Confirmation Status Conference
Pending:
2) Debtor's Objection to Claim 7-1 of Overton Funding, LLC (Doc #125) 6/4/25
Overton Funding's Response (Doc #141) 7/7/25
3) Debtor's Objection to Claim 8-1 of Fox Funding Group, LLC (Doc #126) 6/4/25
Fox Funding Group's Response (Doc #140) 7/7/25
Pending with Negative Notice:
-Application for Compensation of Daniel Velasquez and the Law Firm of Latham, Luna, Eden & Beaudine, LLP, for Award of
    Attorneys' Fees i/a/o $32,523.00 and Reimbursement of Expenses i/a/o $135.40 and Notice of Estimated
    Fees and Costs through Confirmation i/a/o $7,500.00, Period: 10/8/24-2/4/25 (Doc #69) 2/5/25
-Final Application for Compensation of Daniel A. Velasquez and the Law Firm of Latham, Luna, Eden & Beaudine, LLP, for Award
    of Attorneys' Fees i/a/o $80,720.00 and Reimbursement of Expenses i/a/o $211.83. For the period:
    October 8, 2024 to July 8, 2025 (Doc #144) 7/23/25
Notes: 10/30, 12/11, 1/30, 2/19, 4/3, 6/5, 7/8, 8/28
Memorandum Opinion on Objections to Confirmation (Doc #161) 10/3/25 - On Appeal 10/6/25
Confirmed 1191(b) (Doc #158) 9/23/25 - On Appeal 10/6/25
MORs:
April 2025 (Doc #120) 5/27/25
March 2025 (Doc #112) 4/29/25
February 2025 (Doc #95) 3/24/25
January 2025 (Doc #91) 3/4/25
Related APs:
25-ap-00027 Overton Funding v. IVF Orlando
25-ap-00028 Fox Funding v. IVF Orlando

## APPEARANCES::

Daniel A Velasquez (Debtor),
L Todd Budgen, SubV Trustee,

Scott Bomkamp (UST),

**RULING:**

1)Post Confirmation Status Conference - Continued to 4/15/2026 at 10:00 AM (AOCNFNG),


Pending:

2)   Debtor's Objection to Claim 7-1 of Overton Funding, LLC   (Doc #125): Sustained - Claim will be allowed as unsecured claim in class 8; Order by Velasquez,

Overton Funding's Response (Doc #141),


3)   Debtor's Objection to Claim 8-1 of Fox Funding Group, LLC   (Doc #126): Sustained - Claim will be allowed as unsecured claim in class 8; Order by Velasquez,

Fox Funding Group's Response (Doc #140),


Note: Counsel for Overton Funding and Fox Funding Failed to Appear.


(NH)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.