**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

                                         **CASE NO. 6:24-bk-05475-TPG**

**IVF ORLANDO, INC.**                           **CHAPTER 11**

           **Debtor.**

_____/

**NOTICE OF EFFECTIVE DATE OF**
**SUBCHAPTER V PLAN OF REORGANIZATION FOR IVF ORLANDO, INC.**

**IVF ORLANDO, INC.** ("Debtor"), hereby gives notice of the effective date of its *Subchapter V Plan of Reorganization for IVF ORLANDO, INC.* [Doc. Nos. 54 and 100] (collectively the "Plan"). On September 23, 2025, the Court entered its *Order Confirming Subchapter V Plan of Reorganization for IVF Orlando, Inc.* (the "Confirmation Order") [Doc. No. 158], a notice of appeal with respect to the Confirmation Order was filed on October 6, 2025; however no stay pending appeal was sought or obtained by the petitioning party. Accordingly, pursuant to Article VII, Section E of the Plan, Debtor elects to permit the Effective Date to occur notwithstanding the pendency of the appeal. **As a result, the Effective Date of the Plan is October 8, 2025.**

       **RESPECTFULLY SUBMITTED** this 14th day of November 2025.

                         /s/ Daniel A. Velasquez_____
                         **Daniel A. Velasquez, Esq.**
                         Florida Bar No. 0098158
                         dvelasquez@lathamluna.com
                         **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
                         Bknotice1@lathamluna.com
                         201 S. Orange Ave., Suite 1400
                         Orlando, Florida 32801
                         Telephone: 407-481-5800
                         Facsimile:  407-481-5801
                         *Attorney for the  Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

                                                    **CASE NO. 6:24-bk-05475-TPG**

**IVF ORLANDO, INC.,**                              **CHAPTER 11**

                                                    **Subchapter V Election**

        Debtor.

_____/

**PROOF OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid to: **IVF Orlando Inc,** 1912 Boothe Circle, Suite 200, Longwood, Florida 32750; all parties entitled to receive electronic noticing via CM/ECF; all creditors as shown on the matrix attached to the original of this pleading filed with the Court; **Subchapter V Trustee, L. Todd Budgen,** PO Box 520546, Longwood, Florida 32752 and the **United States Trustee, c/o Scott E. Bomkamp,** 400 W. Washington St., Suite 1100, Orlando, FL 32801; this 14th day of November 2025.

                                    /s/ Daniel A. Velasquez_____
                                    **Daniel A. Velasquez, Esq.**