**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

                                     **CASE NO. 6:24-bk-05475-TPG**

**IVF ORLANDO, INC.**                       **CHAPTER 11**

         **Debtor.**

_____/

## DEBTOR'S NOTICE OF SUBSTANTIAL CONSUMMATION

**IVF ORLANDO, INC.,** ("Debtor"), pursuant to 11 U.S.C. §1183(c)(2), hereby gives notice that the Debtor's *Subchapter V Plan of Reorganization* (Doc. Nos. 54 and 100) (collectively the "Plan") has been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

**RESPECTFULLY SUBMITTED** this 16th day of April 2026.

              /s/ Daniel A. Velasquez_____
              **Daniel A. Velasquez, Esq.**
              Florida Bar No. 0098158
              dvelasquez@lathamluna.com
              **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
              Bknotice1@lathamluna.com
              201 S. Orange Ave., Suite 1400
              Orlando, Florida 32801
              Telephone: 407-481-5800
              Facsimile:  407-481-5801
              *Attorney for the  Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

                              **CASE NO. 6:24-bk-05475-TPG**

**IVF ORLANDO, INC.,**                **CHAPTER 11**

                              **Subchapter V Election**

     **Debtor.**

_____/

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true copy of **DEBTOR'S NOTICE OF SUBSTANTIAL CONSUMMATION** has been furnished either electronically and/or by U.S. First Class, postage prepaid to: **IVF Orlando Inc,** 1912 Boothe Circle, Suite 200, Longwood, Florida 32750; all parties entitled to receive electronic noticing via CM/ECF;  all creditors as shown on the matrix attached to the original of this pleading filed with the Court; **Subchapter V Trustee, L. Todd Budgen,** PO Box 520546, Longwood, Florida 32752 and the **United States Trustee, c/o Scott E. Bomkamp,** 400 W. Washington St., Suite 1100, Orlando, FL 32801; this 16th day of April 2026.

                                     /s/ Daniel A. Velasquez_____
                                     **Daniel A. Velasquez, Esq.**